UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES DUNCAN, | ) |
|     Petitioner, | ) ) ) |
| v. | )   No.: 3:22-CV-94-TAV-JEM |
| UNITED STATES OF AMERICA, | ) ) ) |
|     Respondent. | ) |

### **JUDGMENT ORDER**

In accordance with the accompanying memorandum opinion, Petitioner's motion to withdraw his petition [Doc. 6] is **GRANTED**, and this action is **DISMISSED without prejudice**.

The Clerk is **DIRECTED** to **CLOSE** the file.

**IT IS SO ORDERED.**

**ENTER:**

                              s/ Thomas A. Varlan
                              UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    LeAnna R. Wilson
     CLERK OF COURT